**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Francisco Javier ALVAREZ,
Defendant–Appellant.**

No. 04–10560.

United States Court of Appeals,
Ninth Circuit.

by 9th Cir. R. 36–3.

Submitted June 19, 2007 *.

Filed July 31, 2007.

Elizabeth R. Berenguer, Esq., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Pamela Katzenberg, Esq., Tucson, AZ, for Defendant–Appellant.

Before: KOZINSKI and T.G. NELSON, Circuit Judges, and RESTANI,** Chief IT Judge.

## MEMORANDUM***

1. We have reviewed the sealed probation files and presentence reports for witnesses Mario Alonzo Escarcega, Miguel Arturo–Lopez and Frank Alvarez Jr., and determined that the district court did not clearly err by refusing to order the disclosure of these documents because they do not contain material information relevant to defendant's trial, including impeachment of those witnesses. *See United States v. Strifler,* 851 F.2d 1197, 1202 (9th Cir.1988). To the extent that there was anything in these files bearing on these witnesses' credibility that was not already developed at trial, it was merely cumulative. *Id.* ("Evidence that is merely cumulative is not material.").

2. Defendant's other claims are not open to review after a limited remand. *See Planned Parenthood of the Colum-*

bia/Willamette Inc. v. Am. Coal. of Life Activists, 422 F.3d 949, 967 (9th Cir.2005).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

